# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2013

147284 & (35)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

HANI & RAMIZ, INC., d/b/a MORE
FOOD 4 LESS, and HANI & RAMIZ
PROPERTIES, LLC,
   Plaintiffs-Appellees,

v

           SC:  147284
           COA:  316453
           Oakland CC:  2011-121029-CK

NORTH POINTE INSURANCE
COMPANY,
   Defendant-Appellant,

and

BLACKMORE-ROWE SWARTZ
CREEK, INC.,
   Defendant.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 12, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE that part of the order of the Court of Appeals denying the motion for stay pending appeal, and we REMAND this case to the Oakland Circuit Court for entry of an order staying the execution of the judgment pending completion of this appeal. MCR 7.209(H)(1).

   CAVANAGH, J., would deny leave to appeal.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   July 1, 2013        

h0626                 Clerk